UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHVIN ZAVERI, ET AL. | * | CIVIL NO. 6:09-1606 |
| VERSUS | * | MAGISTRATE JUDGE HILL |
| CONDOR PETROLEUM CORPORATION, ET AL. | * | BY CONSENT OF THE PARTIES |

## ORDER APPOINTING COUNSEL

Considering the plaintiffs' Motion for this court to appoint an attorney to represent the absentee investor members of the eight plaintiff New York general partnerships [rec. doc. 88], to wit, Jaclyn Das, Cheryl Evans, James Fowley, Diana Githler, Stephen Gordon, Deborah Portas-Maria, Jean Rhoat, Joan Siracuse, the Estate of Leonard Snyder, David A. Youst, Jr. and Charles T. Zaepfel, finding that these investor members of the eight plaintiff New York general partnerships are absentees as defined under Louisiana law[1];

**IT IS ORDERED** that CHARLES W. ZIEGLER, attorney at law, is hereby appointed as an attorney *ad hoc* to represent the above named absentee investor members of the eight plaintiff New York general partnerships in these proceedings, solely and only for the purpose of accepting service. CHARLES W. ZIEGLER shall not be expected to appear on behalf of more than one investor member of the eight plaintiff New York general partnerships should any not appear personally.

---

[1] *See* La. C. Civ. P. art. 5251(1); La. R.S. 13:3204(B); La. C. Civ. P. art. 5091; F. R. C. P. 4(e).

**THE CLERK IS DIRECTED** to serve a copy of this Order electronically on Mr. Ziegler.

Signed in Lafayette, Louisiana, this 25th day of July, 2011.

> *C. Michael Hill*
> C. MICHAEL HILL
> UNITED STATES MAGISTRATE JUDGE